## Laucks Estate.

Argued October 7, 1968. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

John C. Bane, Jr. and Harry C. Barbin, with them Donald T. Puckett, Steven A. Stepanian, II, and Reed, Smith, Shaw & McClay, and Maerz and Barbin, and Eveler, Puckett and Trout, and Donald C. Cefaratti, and Cefaratti & Cumberland, of the Washington, D. C. Bar, for appellants.

Donald A. Scott, with him W. Wesley Nagle, and Morgan, Lewis & Bockius, for appellees.

*William S. Eisenhart, Jr.,* with him *Arnold Tulp, Donald J. Danilek,* and *Kirlin, Campbell & Keating,* of the New York Bar, for appellee.

*Albert G. Blakey, III,* with him *Carl R. May,* and *Anderson, Ports, May, Beers & Blakey,* and *J. Nicholas Shriver,* and *Cross, Shriver, Bright & Washburne,* of the Maryland Bar, for appellees.

OPINION PER CURIAM, January 15, 1969:
Decree affirmed. Estate to pay costs.
Mr. Justice MUSMANNO did not participate in the decision of this case.